UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSTEEM TALA,

                              Plaintiff,

                    -v.-

KRISTI NOEM et al.,

                              Defendants.

25 Civ. 04160 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On February 23, 2026, Defendants moved to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right.

It is hereby ORDERED that Plaintiff shall file any amended complaint by **March 16, 2026**.  In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing.  Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss absent good cause.

If Plaintiff amends, then the Court will deny the previously filed motion to dismiss as moot.  By **April 15, 2026**, Defendants shall file an answer or a new motion to dismiss.  If Defendants file a new motion to dismiss, any opposition shall be filed within thirty days.  Any reply shall be filed within fourteen days of any opposition.

If no amended complaint is filed, then Plaintiff shall file any opposition to the motion to dismiss by **March 26, 2026**.  Defendants' reply, if any, shall be filed by **April 10, 2026**.

SO ORDERED.

Dated: February 25, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge