

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

**Via ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED.  Defendants' deadline to respond to the Amended Complaint is extended *nunc pro tunc* to **April 22, 2026.**

The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: April 16, 2026

Re:    ***Rusteem Tala v. Markwayne Mullin, et al.,***[1] **25 Civ. 4160 (JHR)**

Dear Judge Rearden:

This Office represents all Defendants in this action brought by Rusteem Tala ("Plaintiff") under Title VII of the Civil Rights Act of 1964.  This Title VII action concerns allegations that Defendants discriminated against Plaintiff on the basis of his religion, subjected him to a hostile work environment, and retaliated against him for opposing discriminatory practices.

Defendants respectfully request a one-week extension of time to respond to the Amended Complaint, from April 15, 2026, to April 22, 2026.  The reason for this request is that the undersigned needs additional time to discuss the matter with U.S. Customs and Border Protection, the agency where Plaintiff is/was employed, and to prepare the motion.  This is the Defendants' first request for an extension of time to respond to the Amended Complaint.  Plaintiff consents to the request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Rachel Kroll*
Rachel Kroll
Assistant United States Attorney
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendants*

cc: Plaintiff's counsel (via ECF)

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).