UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSTEEM TALA, | |
| Plaintiff, | 25 Civ. 4160 (JHR) |
| -v.- | ORDER |
| KRISTI NOEM et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

Plaintiff Rusteem Tala brought this action on May 18, 2025.  *See* ECF No. 1.  On February 23, 2026, Defendants Kristi Noem,[1] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Joseph Finn, Salvatore Ingrassia, and Isabel Galantino moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).  *See* ECF No. 39.  On March 8, 2026, Plaintiff filed an amended complaint.  *See* ECF No. 47. Accordingly, Defendants' motion to dismiss the complaint, ECF. No. 39, is hereby DENIED as moot.  *See* ECF No. 44.

The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

Dated: May 26, 2026
        New York, New York

JENNIFER H. REARDEN
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25, an "officer's successor is automatically substituted as a party" where "a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending."  Fed. R. Civ. P. 25(d).  "Later proceedings should be in the substituted party's name."  *Id.*